# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-02-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERIC KENDRICK BUCHANAN, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Seal Plea Agreement (Doc. 27), and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion (Doc. 27) is **GRANTED**. The Clerk of Court is directed to file the Plea Agreement (Doc. 26) under seal.

DATED this 10th day of September, 2021.

SUSAN P. WATTERS
United States District Judge

1