# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-02-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| ERIC KENDRICK BUCHANAN | |
| Defendant. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on September 21, 2021, Eric Kendrick Buchanan entered a plea of guilty to a superseding information, which charged him with conspiracy to possess with intent to distribute methamphetamine.

AND WHEREAS, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant plead guilty;

1

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, a Preliminary Order of Forfeiture was entered on April 19, 2022 (Doc. 44);

AND WHEREAS, beginning on June 9, 2022, and ending on July 8, 2022, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- a Smith & Wesson, model SD9VE, 9 mm, semi-automatic pistol (S/N: FBY5097);

- a Canik55 (made in Turkey), model TP-9SA, 9 mm, semi-automatic pistol (S/N: T6472-16 AP 20327);

- a Smith & Wesson, model SD40VE, 40 caliber, pistol (S/N FXN5935);

- a Ruger, model SP101, 357 caliber, revolver (S/N 576-93002);

- 5 rounds CCI 9 caliber ammunition;

- 50 rounds MNF, Seller & Bellot 9 caliber ammunition;

- 2 rounds Winchester-Western 9 caliber ammunition; and

- 6 rounds Speer 40 caliber ammunition.

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send a certified copy of this order to the United States Marshal and to Alcohol, Tobacco, Firearms, and Explosives, attention Philip Swain.

DATED this 11th day of August, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court